RECEIVED BY MAIL
JUL 23 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF
ST. LOUIS Clerk

7-18-07

HEA
Case No. 4 07CV01152 ~~RTH~~

Motion to appoint attorney is denied
HEA

This letter is in response to the summons. I am under a lot of medical and financial problems. For me to have counsel I will need a court appointed attorney. I am on Social Security and over 75% disabled.

Sincerely,

Paul M Wallace

Return Address

P.O. Box 397
Saucier, Ms. 39574